## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JARROD GOINS,

         Plaintiff,

v.                                        Civil Action No.: 5:22-cv-00007
                                        Judge John P. Bailey

PARAGON INTEGRATED SERVICES GROUP, LLC,
a Delaware Limited Liability Company, and
SWN ENERGY SERVICES COMPANY, LLC,
a Texas Limited Liability Company,

         Defendants,

and

PARAGON INTEGRATED SERVICES GROUP, LLC
a Delaware Limited Liability Company,

         Third-Party Plaintiff,

v.

BKD CONSULTING, LLC.

         Third-Party Defendant.

### AGREED ORDER OF DISMISSAL

On this day came the Defendant/Third-Party Plaintiff Paragon Integrated Services Group, LLC by its counsel Robert A. Lockhart, Allison M. Subacz and Cipriani & Werner PC and Third-Party Defendant jointly move this Court for an entry of an Order dismissing that Third-Party Plaintiff's claims against BKD Consulting, LLC *with prejudice*. Further, the parties advise the Court that all matters between them have been compromised and settlement.

**WHEREUPON**, the Court, perceiving no objection thereto, hereby **ORDERS** that Third-Party Plaintiff's claims against BKD Consulting, LLC be and the same hereby are, **DISMISSED WITH PREJUDICE**, with the parties each bearing their own costs of suit and attorney's fees.

1

15666777v1

**ENTERED** this 21st day of June , 2024.

_____
Honorable Judge John Preston Bailey


**Prepared By:**

_/s/ Allison M. Subacz_
Robert A. Lockhart (WVSB #4657)
Allison M. Subacz (WVSB #11378)
Cipriani & Werner, P.C.
500 Lee Street, East, Suite 900
Charleston, WV  25301
Phone:  304-341-0500
Fax:  304-341-0500
*Counsel for Paragon Integrated Services Group, LLC*


**Approved By:**

/s/ Kelly J. Kimble
Kelly J. Kimble (WV Bar #7184)
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
Phone: 304-291-7939
Fax: 304-291-7979
kkimble@spilmanlaw.com
*Counsel for BKD Consulting, LLC*

2